# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACOB DOTY, | |
| Plaintiff, | Case No. 2:16-cv-00937-APG-GWF |
| vs. | **ORDER** |
| PRECISION CONCRETE CUTTING, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (#1) in this matter was filed April 25, 2016. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **May 20, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 10th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge