1  Michael P. Balaban State Bar No. 9370
2  LAW OFFICES OF MICHAEL P. BALABAN
   10726 Del Rudini Street
3  Las Vegas, NV 89141
   (702)586-2964
4  Fax: (702)586-3023

5  *Attorney for Plaintiff*

7              **UNITED STATES DISTRICT COURT FOR**

8                    **THE DISTRICT OF NEVADA**

| | |
|---|---|
| JACOB DOTY, | Case No.  Case 2:16-cv-00937-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS *WITH PREJUDICE*** |
| PRECISION CONCRETE CUTTING, a Utah Corporation, | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 29th day of June, 2016.

By: /s/ Michael P. Balaban
Michael P. Balaban, Esq.
Law Offices of Michael P. Balaban
10726 Del Rudini St.
Las Vegas, Nevada 89141
*Attorneys for Plaintiff*

By: /s/ Robert Rosenthal
Robert Rosenthal, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway
Ste. 1000
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Date: June 29, 2016

_____
UNITED STATES DISTRICT COURT JUDGE